Approved.

IT IS SO ORDERED.

_s/ James R. Knepp II_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DR. AMY BIXLER,** *et al.***,**

Plaintiffs,

v.

**UNITED STATES CUSTOMS
AND BORDER PROTECTION,** *et al.***,**

Defendants.

Case No.: 3:21-cv-00841

Judge James R. Knepp, II

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO RULE
41(a)(1)**

Plaintiffs Dr. Amy Bixler and Glenn Osowski, by and through counsel, hereby give notice that they are voluntarily dismissing the above-captioned action, **without prejudice**, as to all Defendants named in their Complaint, pursuant to Fed.R.Civ.P. 41(a)(1)(A).  Dismissal is permitted under this rule as no Defendant has answered the Complaint and there are no motions for summary judgment pending.

Respectfully submitted,

_/s/Charles M. Murray_
Charles M. Murray (Reg. No. 0052083)
cmm@murrayandmurray.com
Joseph A. Galea (Reg. No. 0089550)
jag@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio 44870
Telephone:  (419) 624-3000
Facsimile:  (419) 624-0707

Attorneys for Plaintiffs Dr. Amy Bixler and Glenn Osowski